CLERK, U.S. DISTRICT COURT
OCT 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

1  Alfred W. Gerisch, Jr., State Bar No. 57088
2  Mark M. Williams, State Bar No. 89848
   LA FOLLETTE, JOHNSON, DE HAAS, FESLER
3  & AMES
   865 South Figueroa Street, 32nd Floor
4  Los Angeles, California  90017-5431
   Phone (213) 426-3600 ;  Fax (213)
5  426-3650;
   mwilliams@ljdfa.com
6  agerisch@ljdfa.com

7  Attorneys for Defendant AMERICANOS
   U.S.A., LLC, d.b.a. CRUCERO, sued and
8  served as Crucero USA, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIV.

| | |
|---|---|
| CUSTODIA VALENZUELA,<br><br>Plaintiff(s),<br><br>vs.<br><br>GREYHOUND LINES, INC.; CRUCERO U.S.A., LLC; AMERICANOS U.S.A., LLC; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.  2:11-cv-02167-CAS-SH<br><br>[~~Proposed~~] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE<br><br>TRIAL DATE: 01-22-2013<br>ACTION FILED: 02/22/11 |

### ORDER

Having read the Stipulation of Voluntary Dismissal filed by the parties, good cause appearing therefore, this matter is ordered dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED AS FOLLOWS:

DATED: October 25, 2012        By: _/s/ Christina A. Snyder_
                                   HON. CHRISTINA SNYDER
                                   DISTRICT JUDGE